IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SALINAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF LABOR OSHA,<br><br>　　　　　Defendant. | 8:23CV413<br><br>**JUDGMENT** |

This matter is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 18th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge